[No. 8040–7–I. Division One. March 2, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES P. FOLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89553, Jack P. Scholfield, J., entered August 31, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.

[No. 8327–9–I. Division One. March 2, 1981.]

*In the Matter of the Marriage of* HERBERT C. HALLOCK, *Respondent, and* JUNE BARBARA HALLOCK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–109719, Francis E. Holman, J., entered January 29, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by James, C.J., and Andersen, J.

[No. 8623–5–I. Division One. March 2, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL LENO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–8–00093–6, David W. Soukup, J., entered March 4, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by James, C.J., and Andersen, J.

[No. 8170–5–I. Division One. March 2, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT HAMILTON TAYLOR, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 2859, Howard A. Patrick, J., entered October 19, 1979. *Reversed* and *remanded* by unpublished opinion per Corbett, J., concurred in by Ringold, A.C.J., and Williams, J.